**Order entered July 11, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01138-CR

**JACOB WILSON, III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-90023-422-F**

## ORDER

Before the Court is the State's July 10, 2018 third motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received by the Court on July 10, 2018 filed as of the date of this order.

/s/    LANA MYERS
          JUSTICE